UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 10-854 (FSH) |
| v. | : | CONTINUANCE ORDER |
| LUIS MENDEZ-RIVERA, et al. | : | |

This matter having been opened to the Court by defendant FRANCISCO JAVIER RAMIREZ (Stephen Turano, Esq., appearing), and Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony J. Mahajan, Assistant U.S. Attorney, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for ninety days, and the defendant being aware that he has the right to have the matter tried within seventy days of the filing date of the Indictment, pursuant to Title 18 of the United States Code, Section 3161(c), and the defendant having waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are in progress. The successful completion of such negotiations may render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 19th day of January 2011,

ORDERED that the proceedings in the above-captioned matter are continued from December 14, 2010, through March 14, 2011;

1

IT IS FURTHER ORDERED that the period between December 14, 2010, through March 14, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if defendants intend to file motions, their motions shall be filed no later than February 21, 2011;

IT IS FURTHER ORDERED that any opposition by the Government to defendants' motions shall be filed no later than March 14, 2011;

IT IS FURTHER ORDERED that any reply by the defendants to the Government's opposition shall be filed no later than March 28, 2011;

IT IS FURTHER ORDERED that the trial in this matter will commence on April 11, 2011 @ 9:30am

_____
HONORABLE FAITH S. HOCHBERG
United States District Judge

Requested and Agreed to by:

_____
Stephen Turano, Esq.

_____
Anthony J. Mahajan, AUSA